TOWN AND COUNTRY AMBULANCE SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-122—Claimant )

INTERNATIONAL BUSINESS MACHINES CORPORATION, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF FINANCE, Respondent.

*Opinion filed November 13, 1973.*

INTERNATIONAL BUSINESS MACHINES CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.